428 A.2d 272

Commonwealth v. Hernandez, Appellant.

* President Judge Joseph F. O'Kicki of the Court of Common Pleas of Cambria County, Pennsylvania, is sitting by designation.

 Richard Freeman, Assistant Public Defender, for appellant; Sara Vandenbraak, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, MONTGOMERY and CIRILLO, JJ.*

Judgment of sentence affirmed.